**MICHIGAN BELL TELEPHONE COMPANY, a Corporation, Appellant, v. Norman SUDDETH, Appellee.**

No. 10719.

United States Court of Appeals
Sixth Circuit.

Jan. 17, 1949.

Lacey, Scroggie, Lacey & Buchanan, of Detroit, Mich., for appellant.

Earl D. Ross and Carl F. Davidson, both of Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and SIMONS and MILLER, Circuit Judges.

PER CURIAM.

This cause was heard on the transcript of record, briefs and argument of counsel, and the court being of the opinion that there was substantial evidence to support the verdict of the jury, and that therefore the court did not err in denying appellant's motion for Judgment Non Obstante Veredicto, and it further appearing that there is no reversible error upon the record, it is therefore ordered and adjudged · that the judgment appealed from, entered by the District Court on January 23, 1948, be and the same is in all things affirmed.

**MICHIGAN CONSOLIDATED GAS COMPANY, a Corporation, Petitioner, v. FEDERAL POWER COMMISSION.**

No. 13781.

United States Court of Appeals
Eighth Circuit.

Jan. 19, 1949.

Donald R. Richberg, Charles V. Shannon, and Stanley M. Morley, all of Washington, D. C., for petitioner.

Bradford Ross, Gen. Counsel, Federal Power Commission, Lambert McAllister, Sp. Counsel, Federal Power Commission, and William S. Tarver, Atty., Federal Power Commission, all of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of order of November 25, 1947, dismissed, on stipulation of parties.

**Arthur H. PARENTEAU, Individually, and as Agent, etc., Appellant, v. SWIFT & COMPANY, a Corporation.**

No. 13763.

United States Court of Appeals.
Eighth Circuit.

Jan. 4, 1949.

Burke & Colburn, of Minneapolis, Minn., for appellant.

Ray E. Cummins, of St. Paul, Minn., and David L. Grannis, Sr. and Vance B. Grannis, both of South St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 76 F.Supp. 575, dismissed, on motion of appellee.

**Day SMITH, Individually, and as Agent, etc., Appellant, v. CUDAHY PACKING COMPANY.**

No. 13761.

United States Court of Appeals
Eighth Circuit.

Jan. 4, 1949.

Burke & Colburn, of Minneapolis, Minn., for appellant.

Loring M. Staples and John Pillsbury, Jr., both of Minneapolis, Minn., and Frank J. Madden, of Chicago, Ill., for appellee.

PER CURIAM.

Appeal from District Court, 76 F.Supp. 575, dismissed, on motion of appellee.